# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STATON TECHIYA, LLC and SYNERGY IP CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:21-cv-413<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Staton Techiya, LLC ("Techiya") and Synergy IP Corporation ("Synergy") make this corporate disclosure statement:

a. Techiya has no parent corporation and no publicly held corporation has a 10% or more ownership interest in Techiya.

b. Synergy has no parent corporation and no publicly held corporation has a 10% or more ownership interest in Synergy.

Dated: November 5, 2021

Respectfully submitted,

*/s/ Bradford A. Cangro*
Bradford A. Cangro (Admitted in TXED)
D.C. Bar No. 495996
bradford.cangro@pvuslaw.com
bradford.cangro@pvuslaw.com
Robert J. Gaybrick (To be admitted *pro hac vice*)
D.C. Bar No. 954925
robert.gaybrick@pvuslaw.com
Roger D. Taylor (Admitted in TXED)

300043-1995398924-60

        Georgia Bar No. 342927
        roger.taylor@pvuslaw.com
        Jacob A. Snodgrass (Admitted in TXED)
        D.C. Bar No. 982661
        jacob.snodgrass@pvuslaw.com
        Ghee J. Lee (Admitted in TXED)
        D.C. Bar No. 1019706
        ghee.lee@pvuslaw.com
        **PV LAW LLP**
        5335 Wisconsin Avenue, N.W.
        Suite 440
        Washington, D.C. 20015
        T: (202) 371-6861
        F: (202) 888-3163

        Jennifer L. Truelove
        State Bar No. 24012906
        jtruelove@mckoolsmith.com
        **McKool Smith, P.C.**
        104 East Houston Street, Suite 300
        Marshall, Texas 75670
        903.923.9000
        903.923.9099 (fax)

        *Attorneys for Plaintiffs Staton Techiya, LLC*
        *and Synergy IP Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on November 5, 2021.

                                                                 */s/ Jennifer L. Truelove*
                                                                 Jennifer L. Truelove