IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STATON TECHIYA, LLC and §<br>SYNERGY IP CORPORATION, §<br>§<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>SAMSUNG ELECTRONICS CO., LTD. §<br>and SAMSUNG ELECTRONICS §<br>AMERICA, INC., §<br>§<br>*Defendants*. § | Case No. 2:21-cv-00413-JRG-RSP<br>(Lead) |

## ORDER

Before the Court, plaintiffs Staton Techiya, LLC and Synergy IP Corporation and counterclaim defendants Seung-Ho Ahn and Sungil Cho move jointly and unopposed by defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s ("Samsung") for a hearing on the following matter:

- Counterclaim defendants' motion to dismiss under the doctrine of *forum non conveniens* and to dismiss for failure to state a claim, Dkt. No. 109;

- Counterclaim defendants' motion to compel materials withheld as privileged, Dkt. No. 187;

- Defendants' motion to compel discovery regarding Samsung's marking defense and counterclaims, Dkt. No. 212; and

- Defendants' motion to compel materials withheld as privileged, Dkt. No. 214.

**Dkt. No. 222**. In addition, subsequent motions include:

- Counterclaim defendants' motion to compel email production, Dkt. No. 220;

- Counterclaim defendants' motion to compel licenses and related production, Dkt. No. 221;

- Plaintiffs' motion to compel technical documents and source code, Dkt. No. 238; and

1

- Plaintiffs' motion to compel discovery regarding Samsung's financial and licensing information; Dkt. No. 239.

Having considered the motion and its unopposed nature, it is **GRANTED IN PART** and a hearing on all pending motions to compel, Dkt. Nos. 187, 212, 214, 220, 221, 238 and 239 is set for **9:00 am on February 10, 2023**, before the undersigned. Counterclaim defendants' motion to dismiss under the doctrine of *forum non conveniens* and to dismiss for failure to state a claim, Dkt. No. 109, will be taken up on the papers.

**SIGNED this 20th day of January, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE