IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STATON TECHIYA, LLC and SYNERGY IP CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | § § § § § § § § § § § § § § | CASE NO. 2:21-CV-00413-JRG-RSP |

## ORDER

Staton Techiya, LLC, Synergy IP Corporation, Seung-Ho Ahn, and Sungil Cho (collectively "Counterclaim Defendants") previously filed a motion to dismiss under the doctrine of *forum non conveniens* and to for failure to state a claim. (Dkt. No. 109.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 259) recommending that the motion be denied. Counterclaim Defendants have filed Objections (Dkt. No. 307), with Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung") filing a response (Dkt. No. 330).

After conducting a *de novo* review of the briefing on the motion to dismiss, the Report and Recommendation, and the briefing on the Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Counterclaim Defendants' Objections, **ADOPTS** the Report and Recommendation, and **ORDERS** that the motion to dismiss (Dkt. No. 109) is **DENIED**.

**So ORDERED and SIGNED this 24th day of March, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE