IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STATON TECHIYA, LLC and SYNERGY IP CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | Civil Action No. 2:21-cv-00413-JRG-RSP (LEAD CASE)<br><br>Civil Action No. 2:22-cv-00053-JRG-RSP (MEMBER CASE)<br><br>**JURY TRIAL DEMANDED**<br><br>**FILED UNDER SEAL** |

**DECLARATION OF M. ELIZABETH DAY IN SUPPORT OF PLAINTIFF'S DAUBERT MOTION TO EXCLUDE THE REBUTTAL EXPERT REPORT OF KEITH UGONE PH.D. REGARDING PATENT DAMAGES AND MOTION TO STRIKE OPINIONS REGARDING NON-INFRINGING ALTERNATIVES**

　　　　1.　　I am attorney of record in the above captioned matter for Plaintiff Staton Techiya, LLC. ("Techiya"). I make this declaration in support of Techiya's *Daubert* Motion to Exclude the Rebuttal Expert Report of Keith Ugone, Ph.D. Regarding Patent Damages and Motion to Strike Opinions Regarding Non-infringing Alternatives. If called as a witness, I could and would competently testify to all facts within my personal knowledge.

　　　　2.　　Attached as **Exhibit A** is true and correct excerpted copy of the Rebuttal Expert Report of Keith R. Ugone, Ph.D, dated March 17, 2023. *This document is designated as Restricted – Attorneys' Eyes Only*.

　　　　3.　　Attached as **Exhibit B** is a true and correct excerpted deposition transcript of Keith R. Ugone, dated March 27, 2023. *This document is designated as Restricted – Attorneys' Eyes Only*.

4. Attached as **Exhibit C** is a true and correct copy of Samsung's Objections and Responses to Plaintiffs' Eleventh Set of Interrogatories (No. 50), dated January 27, 2023. *This document is designated as Restricted – Attorneys' Eyes Only*.

5. Attached as **Exhibit D** is a true and correct copy of the Patent License Agreement between Synergy IP Corporation and Staton Techiya, LLC, dated November 24, 2020, bates-stamped SYN00000633- SYN00000649. *This document is designated as Restricted – Attorneys' Eyes Only*.

6. Attached as **Exhibit E** is a true and correct copy of a Patent Assignment Cover Sheet, dated August 1, 2017, bates stamped TECH00004290-TECH00004312.

7. Attached as **Exhibit F** is a true and correct copy of a Patent Assignment Cover Sheet, dated May 12, 2021, bates stamped TECH00004388- TECH00004399.

8. Attached as **Exhibit G** is a true and correct excerpted copy of the Corrected Expert Report of Stephen E. Dell, CVA Relating to Damages, dated February 6, 2023. *This document is designated as Restricted – Attorneys' Eyes Only*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of June, 2023 at Redwood City, California.

*/s/ M. Elizabeth Day*
M. Elizabeth Day