IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STATON TECHIYA, LLC AND SYNERGY IP CORPORATION, | § § § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | CIVIL ACTION No. 2:21-cv-00413-JRG-RSP (Lead Case) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC. | | |
| *Defendants*. | | |

## ORDER

All parties having jointly moved during the November 29 hearing on the Defendants' Motion for Sanctions, the hearing on the motion was continued to be reset. The jury trial, currently scheduled for December 11, 2023, is hereby **RESET** for **jury selection** on **January 19, 2024**. An amended Docket Control Order will follow.

**SIGNED this 30th day of November, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1