## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| STATON TECHIYA, LLC AND SYNERGY IP CORPORATION, | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION No. 2:21-cv-00413-JRG-RSP (Lead Case) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC. | § § § § | |
| *Defendants*. | § § | |

### ORDER

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. previously filed a Motion for Summary Judgment of No Infringement of the '982 Patent, Dkt. No. 436, a Motion for Summary Judgment of No Infringement of the '259 Patent, Dkt. No. 442, a Motion for Summary Judgment of No Infringement of the '400 Patent, Dkt. No. 443, and a Motion for Summary Judgment of Lack of Entitlement to Damages for Techiya, Dkt. No. 434. Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 718), recommending denial of Samsung's motions. Samsung has now filed Objections (Dkt. No. 733).

After conducting a *de novo* review of the briefing on Samsung's motions, the Report and Recommendation, and the briefing on Samsung's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Samsung's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment of No Infringement of the '982 Patent, Dkt. No. 436, the Motion for Summary Judgment of No Infringement of the '259 Patent, Dkt. No. 442, the Motion for Summary

Judgment of No Infringement of the '400 Patent, Dkt. No. 443, the Motion for Summary Judgment of Lack of Entitlement to Damages for Techiya, Dkt. No. 434, are **DENIED**.

## So Ordered this

**Dec 4, 2023**

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE