IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STATON TECHIYA, LLC and SYNERGY IP CORPORATION, § § § *Plaintiffs*, § § v. § SAMSUNG ELECTRONICS CO., LTD. § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendants*. § | CIVIL ACTION NO. 2:21-cv-00413-JRG-RSP |

## ORDER

Staton Techiya, LLC filed a Motion for Summary Judgment regarding Non-patent Counterclaims (Dkt. No. 426) and a Motion for Partial Summary Judgment Regarding Defendants' Fifth and Tenth Affirmative Defenses (Dkt. No. 427). Synergy IP Corporation filed a Motion for Summary Judgment regarding the Non-patent Claims (Dkt. No. 437). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 731), recommending denial of Staton Techiya and Synergy's motions. Staton Techiya has now filed Objections (Dkt. No. 764), Synergy has also filed objections (Dkt. No. 763), and Samsung has filed Responses (Dkt. Nos. 790, 791.)

After conducting a *de novo* review of the briefing on the motions, the Report and Recommendation, and the briefing on Staton Techiya and Synergy's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Staton Techiya's Objections, **OVERRULES** Synergy's Objections, and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment regarding Non-patent Counterclaims (Dkt. No. 426) is **DENIED**, the Motion for Partial Summary

Judgment Regarding Defendants' Fifth and Tenth Affirmative Defenses (Dkt. No. 427) is **DENIED**, and the Motion for Summary Judgment regarding the Non-patent Claims (Dkt. No. 437) is **DENIED**.

**So ORDERED and SIGNED this 1st day of March, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE