# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STATON TECHIYA, LLC AND SYNERGY IP CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION No. 2:21-cv-00413-JRG-RSP<br>(Lead Case) |

## ORDER

Plaintiffs Staton Techiya, LLC and Synergy IP Corporation previously filed a Motion to Drop Synergy IP Corporation as a Plaintiff (the "Motion"). (Dkt. No. 365). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 700), recommending that the Motion be granted. No objections have been filed and on the basis of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Drop Synergy IP Corporation as a Plaintiff (Dkt. No. 365) is **GRANTED** and Synergy's claims against Samsung are **DISMISSED WITH PREJUDICE**.

**So Ordered this**

**May 29, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE