# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| STATON TECHIYA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 2:21-CV-00413-JRG |
| v. | § | (LEAD CASE) |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | CIVIL ACTION NO. 2:22-CV-00053-JRG |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | (MEMBER CASE) |
| | § | |
| *Defendants*. | § | |

## **MEMORANDUM OPINION AND ORDER**

Before the Court is the Unopposed Motion for Leave for Extension of Time and to Exceed Page Limit for its Reply in Support of its Motion for Attorneys' and Other Fees (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants"). (Dkt. No. 977.) In the Motion, Defendants request a 14-day extension for Defendants to file their reply in support of their Motion for Attorneys' and Other Fees ("Reply"). (*Id.* at 1.) The requested extension would move the deadline for Defendants to file their Reply from September 12, 2024, up to and including September 26, 2024. (*Id.*) In the Motion, Defendants also seek leave to exceed the page limit for their Reply. (*Id.* at 2.) The Local Rules limit Defendants' Reply to five pages. Local Rule CV-7(a)(2). Defendants seek an additional 12 pages for their Reply for a total of 17 pages. (Dkt. No. 977 at 2.) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Defendants to file their Reply is extended up to and including September 23, 2024. The Court further **ORDERS** that Defendants have leave to **exceed** the page limit for their Reply.

**So Ordered this**

**Sep 11, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE